

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                    :

        Plaintiff,                           :

        v.                                   :       No. 06- 112M

BRIAN KEITH MYERS,                           :       CR06-114-2

        Defendant.                           :

## MOTION AND ORDER TO SEAL

NOW COMES the United States of America, by and through its attorneys, Colm F.

Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant

United States Attorney, and hereby moves this Honorable Court to seal the criminal complaint and

attached affidavit, arrest warrant, this Motion and Order to Seal, and the related file in the above-

captioned case, until further order of the Court.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

BY:    _____

        Douglas E. McCann
        Assistant United States Attorney

Dated: September 20, 2006

        AND NOW this 20th day of September, 2006, based upon the foregoing Motion, IT

IS ORDERED that the criminal complaint and attached affidavit, arrest warrant, Motion and Order to

Seal, and the related file in the above-captioned case be SEALED until further Order of the Court.

        _____
        Honorable Mary Pat Thynge
        United States Magistrate Judge
        District of Delaware

```
F I L E D

SEP 2 0 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```