AO 91 (Rev. 12/93) Criminal Complaint ▣

## United States District Court

DISTRICT OF ____ DELAWARE

UNITED STATES OF AMERICA

v.

BRIAN KEITH MYERS

Criminal Complaint 06- 112M

REDACTED

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 22, 2006, in New Castle ____ County, in the District of __ Delaware_ defendant,

Brian Keith Myers (Track Statutory Language of Offense)

did knowingly distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base

in violation of Title ___ 21 _____ United States Code, Section(s) _841(a)(1) and b(1)(A) _____.

I further state that I am a(n)_ Special Agent, DEA ___ and that this complaint is based on the following facts:
                                                                         Official Title

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:     YES

_____
Signature of Complainant
David Hughes
Special Agent
Drug Enforcement Administration

F I L E D

SEP 20 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sworn to before me and subscribed in my presence,

AO 91 (Rev. 12/93) Criminal Complaint ▣

September 20, 2006                                    at    Wilmington, DE
Date                                                City and State

Honorable Mary Pat Thynge.
United States Magistrate Judge                      _____
Name & Title of Judicial Officer                   Signature of Judicial Officer

## **AFFIDAVIT**

DAVID B. HUGHES, being duly sworn, states as follows:

1. I am a Special Agent (S/A) with the Drug Enforcement Administration (DEA) and have been so employed for approximately five years and one half years. Prior to my employment with the DEA, I was employed as a Trooper with the Maryland State Police for approximately six years. During my law enforcement tenure, I have participated in numerous investigations into the unlawful distribution of narcotics in violation of federal and state laws. In the course of my duties, I have conducted or participated in physical and electronic surveillance, undercover transactions, the execution of search warrants, debriefing of informants, interviews of witnesses, reviews of tape-recorded conversations involving drug trafficking activities, and analyses of telephone toll records and other records kept by or relating to drug traffickers. Through my training, education and experience, I have become familiar with methods in which illegal drugs are imported, manufactured and distributed; methods of payment for such drugs; and methods used by drug traffickers to avoid law enforcement detection, including methods used to disguise the source and illegal nature of drug proceeds. I have also testified as an expert witness in federal and/or state courts regarding the distribution, transportation and concealment of illegal drugs.

2. This Affidavit is in support of a criminal complaint against and arrest warrant for Brian Keith MYERS, d/o/b      1972. I am the case agent responsible for the investigation in aid of which this application is being made. This Affidavit is based on my personal knowledge and observations as well as information provided to me by other law enforcement officers. Because this Affidavit is solely for the purpose of establishing probable cause, not all facts relating to the investigation are included herein.

3. On or about May 22, 2006, a DEA Confidential Source (hereinafter referred to as the "CS"), under the direction and control of agents/officers, initiated a series of consensually monitored tape-recorded telephone calls to MYERS regarding the purchase and delivery of four ounces of crack cocaine. During the telephone calls, the CS and MYERS made arrangements to meet in Newark, Delaware for the purchase and delivery of four ounces of crack cocaine. Pursuant to the telephone calls, members of the DEA Wilmington, Delaware Resident Office, the Newark Police Department Special Investigations Unit, the Delaware State Police Special Investigations Unit, and the New Castle County Police Department Drug Control Unit established surveillance in and around the area of the meet location in Newark, Delaware awaiting MYERS' arrival. Shortly thereafter, agents/officers observed MYERS meet with the CS. During the meeting, the CS purchased four ounces of crack cocaine from MYERS with $3,400.00 in United States Currency (Official Advanced Government Funds). The CS and the CS's vehicle were searched for contraband (money and/or drugs) prior to and after the purchase of the four ounces of crack cocaine with negative results. The CS was equipped with an electronic monitoring and recording device during the transaction allowing agents/officers to contemporaneously monitor the transaction between the CS and MYERS.

4. On September 18, 2006, agents/officers officers of the Wilmington, Delaware Resident Office executed the arrest of MYERS at the Bluffs Apartment Complex adjacent to building 400

in Newark, Delaware. Immediately thereafter, MYERS was verbally advised of his rights pursuant to *Miranda v. Arizona* but was not questioned at that time.

5. Upon arrival to the DEA Wilmington Resident Office on September 19, 2006, MYERS was again advised of his *Miranda* Rights and signed a written waiver of those rights. Post *Miranda*, MYERS admitted to distributing the aforementioned four ounces of crack cocaine as well as quarter pound quantities of cocaine on a regular basis.

6. The suspected crack cocaine purchased on or about May 22, 2006 from MYERS by the CS field-tested positive and was later analyzed by the DEA Northeastern Regional Laboratory and determined to be 109.9 net grams of cocaine base.

7. Based on the foregoing facts and my training, knowledge and experience, your Affiant submits that there is probable cause to believe that MYERS has violated Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), by distributing more than fifty grams of a substance containing a detectable amount of cocaine base, and therefore respectfully requests that the Court issue a criminal complaint and arrest warrant for MYERS.

Special Agent David B. Hughes

Sworn to and subscribed before
me this 20 day of September 2006.

The Honorable Mary Pat Thynge
United States Magistrate Judge for the District of Delaware

2