FILED IN COURT
10/3/06 KJK

8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 06-112 |
| | : |
| BRIAN KEITH MYERS | : CR06-114-2 |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Please enter our appearance for the Defendant, Brian Keith Myers, in the above-captioned matter.

Paul Verduci, Esquire
Law Office of Lehman & Verduci
218 N. Church Street
West Chester, PA  19380
Telephone:   (610) 436-8000
Facsimile:   (610) 436-4302
PA Supreme Court ID No. 76094

Michael S. Lehman, Esquire
Law Office of Lehman & Verduci
218 N. Church Street
West Chester, PA  19380
Telephone:   (610) 436-8000
Facsimile:   (610) 436-4302
PA Supreme Court ID No.  76548

FILED
OCT 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE