AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

BRIAN KEITH MYERS

**WARRANT FOR ARREST**

CASE NUMBER: 06- 112 M

CR06-114-2

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Fernando Mercado, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment  __ Information  X Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

**charging him with** (brief description of offense)

knowing distribution of 50 grams or more of a mixture and substance containing a detectable amount of cocaine base

in violation of Title __21__ United States Code, Section (s) __841(a)(1) and b(1)(A)__

**Honorable Mary Pat Thynge**
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

September 20, 2006   Wilmington, Delaware
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

FILED
SEP 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 09/20/06 | NAME AND TITLE OF ARRESTING OFFICER SA David B. Hughes | SIGNATURE OF ARRESTING OFFICER SA DJB |
| DATE OF ARREST 09/18/06 | | |

AO 442 (Rev. 12/85) Warrant for Arrest