**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:06-cr-00114-JJF |
| | : | |
| v. | : | *(Electronically Filed)* |
| | : | |
| BRIAN KEITH MYERS (2) | : | (Judge Farnan) |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE U.S. DISTRICT COURT:

Please enter the appearance of Samuel C. Stretton,

Esquire, on behalf of the Defendant 2, Brian Keith Myers,

in the captioned matter.

Respectfully submitted,


*s/Samuel C. Stretton*_____
Samuel C. Stretton, Esquire
Attorney for Defendant,
 Brian Keith Myers
301 S. High Street
P.O. Box 3231
West Chester, PA  19381
(610) 696-4243
Attorney I.D. No. 18491

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : 1:06-cr-00114-JJF |
| | : |
| v. | : *(Electronically Filed)* |
| | : |
| BRIAN KEITH MYERS (2) | : (Judge Farnan) |

### CERTIFICATE OF SERVICE

I hereby certify I am this date serving a copy of the foregoing Entry of Appearance in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1.   Douglas Edward McCann, Esquire
     U.S. Attorney's Office
     1007 Orange Street, Suite 700
     P.O. Box 2046
     Wilmington, DE  19899-2046

2.   Brian Keith Myers
     ID #05145015
     Salem County Jail
     125 Cemetery Road
     Woodstown, NJ  08098

Respectfully submitted,

October 31, 2007          *s/Samuel C. Stretton*_____
DATE                      Samuel C. Stretton, Esquire
                          Attorney for Defendant,
                           Brian Keith Myers
                          301 S. High St., P.O. Box 3231
                          West Chester, PA  19381
                          (610) 696-4243
                          Attorney I.D. No. 18491